# MELISSA YANG PLLC

136 MADISON AVE., 6TH FL.,
NEW YORK, N.Y. 10016
(646) 516-9529
WWW.MELISSAYANGPLLC.COM

December 1, 2025

**VIA ECF**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:    ***Gregory Hilton v. Carlos Sanchez Alcazar*, Case No. 25-CV-5548(AS)**

Dear Judge Subramanian:

My firm represents defendant Carlos Sanchez Alcazar ("Alcazar").  We write pursuant to Section 3.E of Your Honor's Individual Practices in Civil Cases to respectfully request an extension of Alcazar's deadline to respond to the Cross-Motion for Expedited Discovery (the "Cross-Motion") (*see* ECF Nos. 26-27) from December 3, 2025 to December 23, 2025.

Plaintiff Gregory Hilton ("Hilton") filed the Cross-Motion on November 26, 2026 in response to Alcazar's Motion to Dismiss the First Amended Complaint (the "Motion to Dismiss"). In connection with the Motion to Dismiss, the parties negotiated – and the Court so-ordered – a briefing schedule that sets December 23, 2025 as Alcazar's deadline to file reply papers.  (*See* ECF No. 25.)  This briefing schedule accommodates Hilton's request for additional time and also accounts for the dates on which undersigned counsel will be traveling abroad for a family vacation.

The Notice of Cross-Motion (ECF No. 26) provides that answering papers must be filed on December 3, seven days after the Cross-Motion was served.  Because of undersigned counsel's travel, Alcazar respectfully requests that this deadline be extended to December 23 to coincide with his deadline to file reply papers to the Motion to Dismiss.  This is Alcazar's first request for an extension, and Hilton's counsel consents.  There are no other scheduled appearances, and the only deadline is the parties' submission of a joint letter and proposed case management plan that must be filed no later than ten days after the Motion to Dismiss is resolved.  (*See* ECF No. 25.)

We thank the Court in advance for its attention to this matter.

GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 30.

Respectfully submitted,

*Melissa Yang*

Melissa Yang

The Clerk of Court is also directed to terminate the motion to dismiss at Dkt. 9, which is DENIED as moot, given that Hilton has filed an amended complaint, Dkt. 17, and Alcazar has moved to dismiss it, Dkt. 20.

SO ORDERED.

cc: all counsel of record (via ECF)

Arun Subramanian, U.S.D.J.
Date: December 2, 2025