UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gregory Hilton,

Plaintiff,

-against-

Carlos Sanchez Alcazar,

Defendant.

25-CV-5548 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

In light of plaintiff's counsel's letter-motion to withdraw as counsel, Dkt. 37, this matter is stayed for 30 days. Mr. Hilton's deadline to amend the Complaint is extended to November 6, 2026. The parties are ordered to appear, with Mr. Hilton, for a remote hearing at **11 am on October 15, 2026**. They should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **478 635 963**, followed by the pound (#) sign.

Plaintiff's counsel is further ordered to serve a copy of this order and his motion to withdraw on Mr. Hilton by October 12, 2026.

SO ORDERED.

Dated: October 8, 2026

New York, New York

ARUN SUBRAMANIAN
United States District Judge