UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY HILTON,

Plaintiff(s),

-against-

CARLOS SANCHEZ ALCAZAR,

Defendant(s).

25-CV-5548 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As discussed at the hearing on October 15, 2026, the motion to withdraw as counsel, Dkt. 37, is GRANTED. Mr. Hilton's new counsel is to enter a notice of appearance on or before **October 29, 2026**. Mr. Hilton's deadline to file an amended complaint is extended to **November 19, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 37.

SO ORDERED.

Dated: October 15, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge