UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY HILTON,

Plaintiff,

-against-

CARLOS SANCHEZ ALCAZAR,

Defendant.

25-CV-5548 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Mr. Hilton's request for two more weeks to find counsel, Dkts. 41 and 42, is GRANTED. Mr. Hilton's new counsel is to enter a notice of appearance on or before November 12, 2026. His deadline to file an amended complaint is extended to December 3, 2026. Further extensions will not be granted.

SO ORDERED.

Dated: October 29, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge